THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Phillip Reed Pope, Jr.,       
Appellant.
 
 
 

Appeal From Georgetown County
Paula H. Thomas, Circuit Court Judge

Unpublished Opinion No. 2004-UP-016
Submitted November 19, 2003  Filed January 15, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary,  of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attonrey 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia, and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Appellant, Phillip Reed Pope, 
 Jr., was indicted for pointing and presenting a firearm, resisting arrest with 
 a deadly weapon, unlawful conduct towards a child, criminal domestic violence 
 of a high and aggravated nature, kidnapping, and possession of a weapon during 
 the commission of a violent crime.  Following a jury trial, Pope was convicted 
 of pointing and presenting a firearm, resisting arrest with a deadly weapon, 
 and unlawful conduct towards a child, but was acquitted of the remaining charges.  
 The trial judge sentenced Pope to concurrent terms of six years each on the 
 resisting arrest and unlawful conduct charges, and three years for pointing 
 and presenting a firearm.  We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991).  Counsels petition to be relieved is granted.
APPEAL DISMISSED.  
 HUFF, STILWELL, and BEATTY, JJ., concur.